RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
BRENT D. QUIST, ESQ.
Nevada Bar No. 009157
bquist@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:     (702) 839-1113
Attorneys for State Farm Mutual
Automobile Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRACY POWERS, individually, | |
| Plaintiff, | Case No: 2:14-cv-00327-GMN-VCF |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign Corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive, jointly and severally, | |
| Defendants. | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between RICHARD A HARRIS ESQ., of the RICHARD HARRIS LAW FIRM, attorneys for Plaintiff, TRACY POWERS, and BRENT D. QUIST, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 26th day of February, 2015.

**RICHARD HARRIS LAW FIRM**

By:_____
Richard A. Harris, Esq.
Nevada Bar No. 505
Elaine H. Marzola, Esq.
Nevada Bar No. 12442
801 South Fourth Street
Las Vegas, NV 89101
***Attorneys for Plaintiff,***
***TRACY POWERS***

DATED this 27 day of February, 2015.

**DENNETT WINSPEAR, LLP**

By:_____
Ryan L. Dennett, Esq.
Nevada Bar No. 005617
Brent D. Quist, Esq.
Nevada Bar No. 009157
3301 N. Buffalo Dr. Ste. 195
Las Vegas, NV 89129
***Attorney for Defendant, STATE FARM***
***Mutual Automobile Insurance Company***

## ORDER

UPON Stipulation of counsel and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the within matter be, and is hereby dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

**DATED** this 5th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Submitted by:

**DENNETT WINSPEAR, LLP**

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
BRENT D. QUIST, ESQ.
Nevada Bar No. 009157
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:    (702) 839-1100
Facsimile:    (702) 839-1113
*Attorney for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*